ORIGINAL

1 | DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (STATE BAR NO. 117213)
2 | WILLIAM P. WILSON (STATE BAR NO. 230444)
225 Bush Street, 6th Floor
3 | San Francisco, California 94104-4207
Telephone: (415) 397-2700
4 | Facsimile: (415) 397-3300

5 | Attorneys for Defendant
6 | DOMINION ENTERPRISES

E-filing

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN, an individual, | Case No. |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| TRADER PUBLISHING COMPANY, a Virginia General Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation, BEST IMAGE MARKETING, INC., a California corporation, | CV 08 2108 |
| Defendants. | |

Page 1 – Case No.
Certificate of Service

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On April 23, 2008, I served the following document on the party listed below:

1. **CIVIL COVER SHEET**

2. **NOTICE OF REMOVAL**

**XX** (BY MAIL) By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Eric G. Young, Esq.
Law Offices of Eric G. Young
141 Stony Point Circle, Suite 202
Santa Rosa, CA 95401
Tel: 707-575-5005
Fax: 707-575-5395
***Attorney for Plaintiff RITA SIGLAIN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2008, at San Francisco, California.

*[signature]*
Mardoux Torrise

Page 2 – Case No.
Certificate of Service