```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (STATE BAR NO. 117213)
WILLIAM P. WILSON (STATE BAR NO. 230444)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
Email: cjh@dillinghammurphy.com
       wpw@dillinghammurphy.com
```

Attorneys for Defendant
DOMINION ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRADER PUBLISHING COMPANY, a Virginia General Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. CV-08-2108 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DOMINION ENTERPRISE'S MOTION TO STAY ACTION PENDING ARBITRATION<br><br>Date:　　　June 4, 2008<br>Time:　　　9:30 a.m.<br>Courtroom: F<br>Judge:　　　The Hon. Magistrate<br>　　　　　　Judge James Larson |

　　　　The Motion to Stay Action Pending Arbitration pursuant to 9 U.S.C § 3, of DEFENDANT DOMINION ENTERPRISES, a Virginia General Partnership, came on for hearing on June 4, 2008 in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom F, 15th Floor, at 9:30 a.m.

　　　　Having considered Notice of Motion and Motion To Stay Action Pending Arbitration, the points and authorities in support thereof, the Declarations of William P. Wilson and Constance Johnson filed and served therewith, the opposing papers, the papers and records on file in this

///

///

///

---

Page 1 - Case No. CV-08-2108 JL
[PROPOSED] ORDER

1  action, and on such other and further evidence as was presented to the Court on this matter, the
2  COURT hereby GRANTS the Motion To Stay Action Pending Arbitration.
3      **IT IS SO ORDERED.**
4
5  Dated:  June __, 2008
6
7                                            _____
8                                            UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28