| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | CARLA J. HARTLEY (STATE BAR NO. 117213) |
| 2 | WILLIAM P. WILSON (STATE BAR NO. 230444) |
| | 225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207 |
| | Telephone:   (415) 397-2700 |
| 4 | Facsimile:   (415) 397-3300 |
| 5 | Email: cjh@dillinghammurphy.com |
| | wpw@dillinghammurphy.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | DOMINION ENTERPRISES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RITA SIGLAIN, an individual, | | Case No. CV-08-2108 JL |
| | Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | | |
| TRADER PUBLISHING COMPANY, a Virginia General Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation, BEST IMAGE MARKETING, INC., a California corporation, | | |
| | Defendants. | |

Page 1 – Case No. CV-08-2108 JL
Certificate of Service

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On April 23, 2008, I served the following document on the party listed below:

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

3. **GUIDELINES REGARDING FILING PROCESS**

4. **ECF REGISTRATION INFORMATION HANDOUT**

5. **STANDING ORDER FOR THE HONORABLE MAGISTRATE JUDGE JAMES LARSON**

6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

XX  **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Eric G. Young, Esq.
Law Offices of Eric G. Young
141 Stony Point Circle, Suite 202
Santa Rosa, CA 95401
Tel:  707-575-5005
Fax:  707-575-5395
Email: ericyoung@gmail.com
***Attorney for Plaintiff RITA SIGLAIN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2008, at San Francisco, California.

*[signature]*
Mardoux Torrise