ERIC G. YOUNG, ESQ. (SBN 190104)
LAW OFFICES OF ERIC G. YOUNG
The Courtyard
141 Stony Circle, Suite 202
Santa Rosa, CA 95401
Telephone: 707.575.5005
Facsimile: 707.575.5395
Email: eyounglaw@hotmail.com,
ericgyoung@gmail.com

Attorneys for Plaintiff
RITA SIGLAIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRADER PUBLISHING COMPANY, a Virginia Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, INC., a California corporation,<br><br>　　　　Defendants. | Case No. CV-08-2108 JL<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION AND ORDER THEREON**<br><br>Date: June 4, 2008<br>Time: 9:30 a.m.<br>Courtroom:　F<br>Judge: The Honorable James Larson, Magistrate Judge |

　　　　Plaintiff RITA SIGLAIN, by and through her counsel, Eric G. Young of the Law Offices of Eric G. Young, and Defendant DOMINION ENTERPRISES, a Virginia General Partnership, do hereby Stipulate and Agree that the following be made an Order of the Court:

///

///

Stipulation to Continue Defendant's
Motion to Stay Action Pending
Arbitration and Order Thereon

1  As part of meet and confer by counsel, Plaintiff's counsel advised Defendant's counsel that Plaintiff intends to file a Motion for Declaratory Relief and Request for Preliminary Injunction at the earliest opportunity. Based on that representation, counsel has mutually agreed that it would be most efficient for Plaintiff's motion to be heard at the same time as Defendant's Motion to Stay Action Pending Arbitration, which is now pending, to resolve the parties' dispute regarding the enforceability of a certain arbitration agreement.

To that end, counsel agrees that the hearing date on Defendant's Motion to Stay Action Pending Arbitration, currently set for June 4, 2008 at 9:30 a.m. in Dept. F, be continued to July 2, 2008 at 9:30 a.m., in Dept. F to permit Plaintiff to have adequate time to prepare and file her Motion for Declaratory Relief and Request for Preliminary Injunction. Plaintiff's counsel agrees to file and serve said Motion in sufficient time to permit Plaintiff's Motion to also be set on July 2, 2008 at 9:30 a.m. in Dept. F.

Counsel further agree that all opposition and reply papers, as necessary, shall be due and filed according to the continued hearing date.

Dated: May 12, 2008

/s/
Eric G. Young, Attorney for Plaintiff
RITA SIGLAIN

Dated: May 12, 2008

/s/
Carla J. Hartley, Attorney for Defendant
DOMINION ENTERPRISES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

The Honorable James Larson, Magistrate Judge, United States District Court

Stipulation to Continue Defendant's Motion to Stay Action Pending Arbitration and Order Thereon