1  ERIC G. YOUNG, ESQ. (SBN 190104)
   LAW OFFICES OF ERIC G. YOUNG
2  The Courtyard
   141 Stony Circle, Suite 202
3  Santa Rosa, CA 95401
   Telephone: 707.575.5005
4  Facsimile: 707.575.5395
   Email: eyounglaw@hotmail.com,
5  ericgyoung@gmail.com

6  Attorneys for Plaintiff
   RITA SIGLAIN
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 RITA SIGLAIN,                                ) Case No. CV-08-2108 JL
                                                )
12     Plaintiff,                               ) **STIPULATION TO CONTINUE**
                                                ) **DEFENDANT'S MOTION TO STAY**
13 v.                                           ) **ACTION PENDING ARBITRATION**
                                                ) **AND ORDER THEREON**
14 TRADER PUBLISHING COMPANY, a                 )
   Virginia Partnership; DOMINION               )
15 ENTERPRISES, INC., a Virginia                )
   corporation; LANDMARK                        )
16 COMMUNICATIONS, INC., a Virginia             )
   corporation; BEST IMAGE MARKETING,           )
17 INC., a California corporation,              ) Date: June 4, 2008
                                                ) Time: 9:30 a.m.
18     Defendants.                              ) Courtroom:   F
                                                ) Judge: The Honorable James Larson,
19                                              )        Magistrate Judge
                                                )
20 _____)

21     Plaintiff RITA SIGLAIN, by and through her counsel, Eric G. Young of the Law Offices

22 of Eric G. Young, and Defendant DOMINION ENTERPRISES, a Virginia General Partnership,

23 do hereby Stipulate and Agree that the following be made an Order of the Court:

24 ///

25 ///

26

27 Stipulation to Continue Defendant's
   Motion to Stay Action Pending
28 Arbitration and Order Thereon

1  As part of meet and confer by counsel, Plaintiff's counsel advised Defendant's counsel
2  that Plaintiff intends to file a Motion for Declaratory Relief and Request for Preliminary
3  Injunction at the earliest opportunity. Based on that representation, counsel has mutually agreed
4  that it would be most efficient for Plaintiff's motion to be heard at the same time as Defendant's
5  Motion to Stay Action Pending Arbitration, which is now pending, to resolve the parties' dispute
6  regarding the enforceability of a certain arbitration agreement.

7  To that end, counsel agrees that the hearing date on Defendant's Motion to Stay Action
8  Pending Arbitration, currently set for June 4, 2008 at 9:30 a.m. in Dept. F, be continued to July 2,
9  2008 at 9:30 a.m., in Dept. F to permit Plaintiff to have adequate time to prepare and file her
10 Motion for Declaratory Relief and Request for Preliminary Injunction. Plaintiff's counsel agrees
11 to file and serve said Motion in sufficient time to permit Plaintiff's Motion to also be set on July
12 2, 2008 at 9:30 a.m. in Dept. F.

13 Counsel further agree that all opposition and reply papers, as necessary, shall be due and
14 filed according to the continued hearing date.

16 Dated: May 12, 2008

_____/s/_____
Eric G. Young, Attorney for Plaintiff
RITA SIGLAIN

18 Dated: May 12, 2008

_____/s/_____
Carla J. Hartley, Attorney for Defendant
DOMINION ENTERPRISES

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 Dated: May 14, 2008

_____/s/ James Larson_____
The Honorable James Larson, Magistrate
Judge, United States District Court

27 Stipulation to Continue Defendant's
28 Motion to Stay Action Pending
Arbitration and Order Thereon