ERIC G. YOUNG, ESQ. 190104
LAW OFFICES OF ERIC G. YOUNG
141 Stony Circle, Suite 202
Santa Rosa, CA 95401
Telephone: 707-575-5005
Facsimile: 707-575-5395
ericgyoung@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RITA SIGLAIN,

    Plaintiff(s),

v.

TRADER PUBLISHING COMPANY, et al.

    Defendant(s).

No. CV-08-2108 JL

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5-23-08

Signature

Counsel for RITA SIGLAIN,
(Plaintiff, Defendant or indicate "pro se")
PLAINTIFF

**CERTIFICATE OF SERVICE**

<u>Siglain v. Trader Publishing Company, et al.</u>
U.S. District Court (Northern Dist. Cal.) Case No. CV-08-2108 JL

I, Eric G. Young, declare that I am over the age of 18 years, and am not a party to the within-entitled action. My business address is 141 Stony Circle, Suite 202, Santa Rosa, California 95401

On **May 23, 2008,** I served on the parties in said cause the following document(s):

**1) Plaintiffs' Consent to Proceed Before A United States Magistrate Judge**

( X )  **BY MAIL** - By placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and addressed as follows:

Carla J. Hartley, Attorney
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
*Attorneys for Defendants*
*DOMINION ENTERPRISES,*
*a Virginia General Partnership, et al.*

( ) -   I personally deposited the aforementioned envelope with the U.S. Postal Service on the date set forth above.

( X ) - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Santa Rosa, California, in the ordinary course of business. I am aware that, on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

( )  **BY PERSONAL SERVICE** - I caused each such document to be delivered by hand to the person or persons noted as follows:

( X )  **BY FACSIMILE** - I caused the said document(s) to be transmitted by Facsimile machine to the following person, address and/or number:

Carla J. Hartley, Attorney
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
*Attorneys for Defendants*
*DOMINION ENTERPRISES,*
*a Virginia General Partnership, et al.*

( )  **BY EXPRESS MAIL** - I caused the said document(s) to be deposited into a designated Express Mail box for pick up on the date of execution of this Declaration.

1  I declare under penalty of perjury that the foregoing is true and correct and was executed
2  on **May 23, 2008**, in Santa Rosa, California, County of Sonoma, State of California.

_____
Eric G. Young