DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:  (415) 397-2700
Facsimile:   (415) 397-3300
  Attorneys for Defendant
  DOMINION ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rita Siglain, an individual,

        Plaintiff(s),

  v.

Trader Publishing Company, a Virginia General Partnership, et al.

        Defendant(s).

No. C 08-2108-JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 28, 2008

Signature Carla J. Hartley (SBN 117213)

Counsel for  Defendant Dominion Enterprises
(Plaintiff, Defendant or indicate "pro se")