1  ERIC G. YOUNG, ESQ. (SBN 190104)
   LAW OFFICES OF ERIC G. YOUNG
2  The Courtyard
   141 Stony Circle, Suite 202
3  Santa Rosa, CA 95401
   Telephone: 707.575.5005
4  Facsimile: 707.575.5395
   Email: eyounglaw@hotmail.com,
5  ericgyoung@gmail.com

6  Attorneys for Plaintiff
   RITA SIGLAIN
7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 RITA SIGLAIN,                          )   Case No. CV-08-2108 JL
                                          )
12         Plaintiff,                     )   PROPOSED ORDER ON PLAINTIFF'S
                                          )   MOTION FOR DECLARATORY AND
13 v.                                     )   INJUNCTIVE RELIEF AND IN
                                          )   OPPOSITION TO DEFENDANT'S
14 TRADER PUBLISHING COMPANY, a           )   MOTION TO STAY ACTION
   Virginia Partnership; DOMINION         )   PENDING ARBITRATION
15 ENTERPRISES, INC., a Virginia          )
   corporation; LANDMARK                  )
16 COMMUNICATIONS, INC., a Virginia       )
   corporation; BEST IMAGE MARKETING,     )
17 INC., a California corporation,        )   Date:  July 2, 2008
                                          )   Time:  9:30 a.m.
18         Defendants.                    )   Courtroom:  F
                                          )   Judge: The Honorable James Larson,
19                                        )          Magistrate Judge
                                          )
20 _____)

21     Plaintiff's RITA SIGLAIN's Motion for Declaratory and Injunctive Relief pursuant to 28

22 U.S.C. § 2201 and FRCP 65 came on for hearing on July 2, 2008 in the United States District

23 Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA

24 94102, in Courtroom F, 15th Floor, at 9:30 a.m.

25     Pursuant to a Stipulation and Order filed on May 13, 2008, Defendant DOMINION

26 ENTERPRISES' Motion to Stay Action Pending Arbitration also came on for hearing at the

27 same time and place.

28 ///

1     The Court, having considered the parties' respective moving and opposing papers, the
2 papers and records on file in this matter, and on the arguments of counsel, does hereby ORDER:
3     Plaintiff's Motion for Declaratory Relief pursuant to 28 U.S.C. § 2201 is GRANTED.
4 The Court finds that the Arbitration Agreement entered into by the parties on May 17, 2005 is
5 both procedurally and substantively unconscionable under *Armendariz v. Found. Health*
6 *Psychcare Services,* 24 Cal.4th 83 (2000), and its terms should not be enforced against Plaintiff
7 RITA SIGLAIN.
8     Plaintiff's Motion for Injunctive Relief pursuant to FRCP 65 is also GRANTED.
9 Because Defendant has already taken steps to enforce the Arbitration Agreement, which this
10 Court finds to be an unconscionable contract, Plaintiff RITA SIGLAIN will suffer immediate and
11 irreparable harm if injunctive relief is not ordered by this Court to restrain the enforcement of the
12 Arbitration Agreement.
13     In light of the foregoing, Defendant's Motion to Stay Action Pending Arbitration is
14 DENIED.
15     IT IS SO ORDERED.
16
17 Dated:_____      _____
                                                              The Hon. James Larson, Magistrate Judge,
18                                                                U.S. District Court, No. Dist. Calif.
19
20
21
22
23
24
25
26
27
28