# CERTIFICATE OF SERVICE

**Siglain v. Trader Publishing Company, et al.**
U.S. District Court (Northern Dist. Cal.) Case No. CV-08-2108 JL

I, Eric G. Young, declare that I am over the age of 18 years, and am not a party to the within-entitled action. My business address is 141 Stony Circle, Suite 202, Santa Rosa, California 95401

On **May 27, 2008,** I served on the parties in said cause the following document(s):

**1) Plaintiff's Notice of Motion and Motion for Declaratory and Injunctive Relief Enjoining Enforcement of Arbitration Agreement; Memorandum of Points and Authorities In Support of Plaintiff's Motion and in Opposition to Defendant' Motion to Stay Action Pending Arbitration**
**2) Declaration of Eric G. Young in Support of Motion for Declaratory and Injunctive Relief and in Opposition to Defendant's Motion to Stay Pending Arbitration**
**3) Proposed Order**

(X)  **BY MAIL** - By placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and addressed as follows:

Carla J. Hartley, Attorney
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
*Attorneys for Defendants*
*DOMINION ENTERPRISES,*
*a Virginia General Partnership, et al.*

(X) -  I personally deposited the aforementioned envelope with the U.S. Postal Service on the date set forth above.

( ) -  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Santa Rosa, California, in the ordinary course of business. I am aware that, on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

( )  **BY PERSONAL SERVICE** - I caused each such document to be delivered by hand to the person or persons noted as follows:

( )  **BY FACSIMILE** - I caused the said document(s) to be transmitted by Facsimile machine to the following person, address and/or number:

( )  **BY EXPRESS MAIL** - I caused the said document(s) to be deposited into a designated Express Mail box for pick up on the date of execution of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct and was executed on **May 27, 2008,** in Santa Rosa, California, County of Sonoma, State of California.

_____
Eric G. Young