DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (STATE BAR NO. 117213)
WILLIAM P. WILSON (STATE BAR NO. 230444)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendant
DOMINION ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRADER PUBLISHING COMPANY, a Virginia General Partnership; DOMINION ENTERPRISES, a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, INC., a California corporation,<br><br>Defendants. | Case No. CV-08-2108 JL<br><br>STIPULATION CONTINUING HEARINGS ON DEFENDANT'S MOTION FOR STAY PENDING ARBITRATION AND PLAINTIFF'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF ENJOINING ENFORCEMENT OF ARBITRATION AGREEMENT; [PROPOSED] ORDER |

Plaintiff RITA SIGLAIN and Defendant DOMINION ENTERPRISES hereby stipulate, by and through their counsel, that the Court may enter an order continuing the hearings of Defendant's Motion for Stay Pending Arbitration and Plaintiff's Motion for Declaratory And Injunctive Relief Enjoining Enforcement of Arbitration Agreement, presently set for July 2, 2008 at 9:30 AM, to July 23, 2008 at 9:30 AM, or a date and time thereafter convenient to the Court and parties. The parties further stipulate that there is good cause for the entry of such an order in that counsel for defendant received notice on June 18, 2008 of a hearing in an unrelated matter (*Getas v. Clear Channel Broadcasting, Inc.*, DLSE Case No. 12-72093 set for July 2, 2008 at 10:30 a.m. in Salinas, CA.) before the Division of Labor Standards Enforcement "DLSE" and the DLSE has declined to move the conflicting hearing. Counsel for Dominion Enterprises is the only person who is sufficiently familiar with the issues involved in the DLSE

matter and pending motions in this matter to attend the hearings. A true and correct copy of the Notice of Hearing in the conflicting DLSE matter is attached hereto as Exhibit A.

**IT IS SO STIPULATED.**

Dated: June __, 2008           LAW OFFICES OF ERIC G. YOUNG
                               ERIC G. YOUNG


                        By:    /s/_____
                               Attorney for Plaintiff RITA SIGLAIN


Dated: June __, 2008           DILLINGHAM & MURPHY, LLP
                               CARLA J. HARTLEY
                               WILLIAM P. WILSON


                        By:    /s/_____
                               Attorneys for Defendant DOMINION
                               ENTERPRISES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order:

1.      The hearing on Defendant's Motion for Stay Pending Arbitration and Plaintiff's Motion for Declaratory And Injunctive Relief Enjoining Enforcement of Arbitration Agreement, presently set for July 2, 2008 at 9:30 AM, is continued to _____ at 9:30 AM.

**IT IS HEREBY ORDERED.**

                                                                                  _____
                                                                                  The Honorable James Larson
                                                                                  Magistrate Judge
                                                                                  United States District Court

# Exhibit A

*Direct any correspondence to:*
LABOR COMMISSIONER, STATE OF CALIFORNIA
Department of Industrial Relations
Division of Labor Standards Enforcement
1870 North Main St.; Suite 150
Salinas, CA 93906
FAX.(831) 443-3253

**PLAINTIFF:** Marilyn Getas

**DEFENDANT:** Clear Channel Broadcasting, Inc.
a foreign corporation
200 East Basse Rd.
San Antonio, TX 78209-8328

**STATE CASE NUMBER**
12-72093   LK*

**NOTICE OF HEARING-DEFENDANT**

NOTICE!   A hearing will be held before the Labor Commissioner of the State of California as follows:

**PLACE:** 1870 North Main St., Suite 150 Salinas, CA 93906   FAX.
**DATE:** Wednesday, July 2, 2008
**TIME:** 10:30 AM

or as soon thereafter as the matter can be heard upon the complaint filed herein, a copy of which complaint is attached and hereby served upon you. This hearing will be held pursuant to Labor Code Section 98(a) et. seq.

TO THE DEFENDANT:

1. Within 10 days after the service upon you of this Notice you may file an Answer with the Labor Commissioner at the office shown above. The hearing scheduled in this matter will be conducted regardless of whether you file or submit an Answer.
2. You may be but need not be represented by counsel. If you wish to seek the advice of counsel in this matter you should do so promptly so that your written answer, if any, may be filed timely. You have the right to have a representative present at the hearing. It is not necessary that such representation be an attorney.
3. You will be given the opportunity at the scheduled hearing to present any relevant evidence; present witnesses; and cross-examine witnesses testifying against you. Application for the issuance of subpenas to compel the attendance of necessary witnesses and the production of books and documents can be made to the Office of the Labor Commissioner. The scheduled hearing in this matter will be held regardless of whether you appear. An Order, Decision or Award will be issued in accordance with the evidence offered at the hearing. A copy of the rules of practice and procedure governing these hearings is available at any district office of the Labor Commissioner.
4. Any wages awarded pursuant to this hearing will accrue interest from the date they were due until they are paid, in accordance with Labor Code Section 98.1 (c).
5. **This matter can be disposed of without hearing by remitting in full the amount specified in the Complaint, including the additional wages pursuant to Labor Code Section 203 (if stated in the complaint), in which event you need not file or submit an Answer.**

Dated: June 16, 2008

*Eugene Markowitz*
Eugene Markowitz   **Hearing Officer**

NOTICE TO: Dillingham & Murphy

You are served

| ☐ as an individual defendant | AS THE PERSON OPERATING UNDER THE FICTITIOUS NAME OF ☐ |
|---|---|

On behalf of:
☒ Clear Channel Broadcasting, Inc., a foreign Corporation   ☐ CORPORATION  ☐ INDIVIDUAL  ☐ LLC
   ☐ PARTNERSHIP  ☐ ASSOCIATION  ☐ LLP

DLSE 533 Def. Atty. (REV 9/96)   NOTICE OF HEARING -DEFENDANT   L.C. 98