```
 1  ERIC G. YOUNG, ESQ. (SBN 190104)
    LAW OFFICES OF ERIC G. YOUNG
 2  The Courtyard
    141 Stony Circle, Suite 202
 3  Santa Rosa, CA 95401
    Telephone: 707.575.5005
 4  Facsimile: 707.575.5395
    Email: eyounglaw@hotmail.com,
 5  ericgyoung@gmail.com

 6  Attorneys for Plaintiff
    RITA SIGLAIN
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN,                  ) | Case No. CV-08-2108 JL |
|         Plaintiff,             ) | |
|                                ) | **NOTICE OF UNAVAILABILITY** |
| v.                             ) | **OF PLAINTIFF'S COUNSEL** |
|                                ) | |
| TRADER PUBLISHING COMPANY, a   ) | |
| Virginia Partnership; DOMINION ) | |
| ENTERPRISES, INC., a Virginia  ) | |
| corporation; LANDMARK          ) | |
| COMMUNICATIONS, INC., a Virginia ) | |
| corporation; BEST IMAGE MARKETING, ) | |
| INC., a California corporation, ) | |
|                                ) | |
|         Defendants.            ) | |

PLEASE TAKE NOTICE that Eric G. Young, counsel for Plaintiff RITA SIGLAIN, will be unavailable for all purposes, including receiving notices of any kind, appearing in Court, responding to *ex parte* applications, motions, or discovery, or attending depositions, from August 15, 2008 up through September 15, 2008. During that period of time, Plaintiff's counsel is scheduled for trial in the matter of *Ferrel, et al. v. City of Santa Rosa*, Sonoma County Superior Court Case No. SCV-237557.

Dated: July 8, 2008                                LAW OFFICES OF ERIC G. YOUNG

                                                   By: _____
                                                   Eric G. Young, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Eric G. Young, declare that I am over the age of 18 years, and am not a party to the within-entitled action. My business address is 141 Stony Circle, Suite 202, Santa Rosa, California 95401

On **July 8, 2008,** I served on the parties in said cause the following document(s):

**1) Notice of Unavailability of Plaintiff's Counsel**

By placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and addressed as follows:

Carla J. Hartley, Attorney
Dillingham & Murphy, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
*Attorneys for Defendants*

(X)  **BY MAIL -**

    ( ) -  I personally deposited the aforementioned envelope with the U.S. Postal Service on the date set forth above.

    (X) -  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Santa Rosa, California, in the ordinary course of business. I am aware that, on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

( )  **BY PERSONAL SERVICE -** I caused each such document to be delivered by hand to the person or persons noted as follows:

( )  **BY FACSIMILE -** I caused the said document(s) to be transmitted by Facsimile machine to the following person, address and/or number:

( )  **BY EXPRESS MAIL -** I caused the said document(s) to be deposited into a designated Express Mail box for pick up on the date of execution of this Declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and was executed on **July 8, 2008**, in Santa Rosa, California, County of Sonoma, State of California.

_____
Eric G. Young