```
ERIC G. YOUNG, ESQ. (SBN 190104)
LAW OFFICES OF ERIC G. YOUNG
The Courtyard
141 Stony Circle, Suite 202
Santa Rosa, CA 95401
Telephone: 707.575.5005
Facsimile: 707.575.5395
Email: eyounglaw@hotmail.com,
ericgyoung@gmail.com
```

Attorneys for Plaintiff
RITA SIGLAIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN,<br><br>        Plaintiff,<br><br>v.<br><br>TRADER PUBLISHING COMPANY, a Virginia Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, INC., a California corporation,<br><br>        Defendants. | Case No. CV-08-2108 JL<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PARTIES' COMPLIANCE WITH FRCP RULE 26 AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:  June 30, 2008<br>Time:  10:30 a.m.<br>Courtroom:  F<br>Judge:  The Honorable James Larson,<br>             Magistrate Judge |

Plaintiff RITA SIGLAIN, by and through her counsel, Eric G. Young of the Law Offices of Eric G. Young, and Defendant DOMINION ENTERPRISES, a Virginia General Partnership, by and through its counsel, Carla J. Hartley of Dillingham & Murphy, do hereby Stipulate and Agree that the following be made an Order of the Court:

///

///

In light of the pending motions filed by the respective parties, that the parties' deadlines for compliance with FRCP Rule 26 be continued as follows:

1. That the parties' shall meet and confer pursuant to Rule 26 and file their ADR Certification form no later than July 30, 2008;

2. That the parties shall exchange their initial disclosures required by Rule 26(a)(1) no later than August 6, 2008;

3. That the parties' Rule 26(f) report/Case Management Conference Statement be filed with the Court no later than August 6, 2008; and

4. That the Case Management Conference in this matter be continued to August 13, 2008 at 10:30 a.m. in Courtroom F, or, if that date is not available, to the following date and time: _____ at 10:30 a.m. in Courtroom F.

Dated: July 8, 2008

_____/s/_____
Eric G. Young, Attorney for Plaintiff
RITA SIGLAIN

Dated: July 8, 2008

_____/s/_____
Carla J. Hartley, Attorney for Defendant
DOMINION ENTERPRISES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/9/08

*James Larson*
The Honorable James Larson, Magistrate Judge, United States District Court

Stipulation to Continue Deadlines for Compliance With Rule 26 and Continue Case Management Conference