ERIC G. YOUNG, ESQ. (SBN 190104)
LAW OFFICES OF ERIC G. YOUNG
The Courtyard
141 Stony Circle, Suite 202
Santa Rosa, CA 95401
Telephone: 707.575.5005
Facsimile: 707.575.5395
Email: eyounglaw@hotmail.com,
ericgyoung@gmail.com

Attorneys for Plaintiff
RITA SIGLAIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RITA SIGLAIN,<br><br>Plaintiff,<br><br>v.<br><br>TRADER PUBLISHING COMPANY, a Virginia Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, INC., a California corporation,<br><br>Defendants. | Case No. CV-08-2108 JL<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PARTIES' COMPLIANCE WITH FRCP RULE 26 AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date: June 30, 2008<br>Time: 10:30 a.m.<br>Courtroom: F<br>Judge: The Honorable James Larson, Magistrate Judge |

Plaintiff RITA SIGLAIN, by and through her counsel, Eric G. Young of the Law Offices of Eric G. Young, and Defendant DOMINION ENTERPRISES, a Virginia General Partnership, by and through its counsel, Carla J. Hartley of Dillingham & Murphy, do hereby Stipulate and Agree that the following be made an Order of the Court:

///

///

1  In light of the pending motions filed by the respective parties, that the parties' deadlines
2  for compliance with FRCP Rule 26 be continued as follows:

3    1. That the parties' shall meet and confer pursuant to Rule 26 and file their
4  ADR Certification form no later than July 30, 2008;

5    2. That the parties shall exchange their initial disclosures required by Rule
6  26(a)(1) no later than August 6, 2008;

7    3. That the parties' Rule 26(f) report/Case Management Conference
8  Statement be filed with the Court no later than August 6, 2008; and

9    4. That the Case Management Conference in this matter be continued to
10  August 13, 2008 at 10:30 a.m. in Courtroom F, or, if that date is not
11  available, to the following date and time:_____ at 10:30
12  a.m. in Courtroom F.

13

14  Dated: July 8, 2008                      _____/s/_____
                                           Eric G. Young, Attorney for Plaintiff
15                                       RITA SIGLAIN

16  Dated: July 8, 2008                      _____/s/_____
17                                       Carla J. Hartley, Attorney for Defendant
                                           DOMINION ENTERPRISES
18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated: 7/9/08                               /s/ James Larson
21                                       The Honorable James Larson, Magistrate
                                         Judge, United States District Court

22

23

24

25

26

27  Stipulation to Continue Deadlines for Compliance With Rule 26 and Continue Case Management Conference

28