1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (STATE BAR NO. 117213)
2  WILLIAM P. WILSON (STATE BAR NO. 230444)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:    (415) 397-2700
4  Facsimile:    (415) 397-3300
   Email: cjh@dillinghammurphy.com
5          wpw@dillinghammurphy.com

6  Attorneys for Defendant
   DOMINION ENTERPRISES
7

8                       UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10  RITA SIGLAIN, an individual,               Case No. CV-08-2108 JL

11              Plaintiff,                      [PROPOSED] ORDER GRANTING
                                                DEFENDANT DOMINION
12      v.                                      ENTERPRISE'S MOTION TO STAY
                                                ACTION PENDING ARBITRATION AND
13  TRADER PUBLISHING COMPANY, a                DENYING PLAINTIFF'S MOTION FOR
    Virginia General Partnership; DOMINION      DECLARATORY AND INJUNCTIVE
14  ENTERPRISES, INC., a Virginia corporation;  RELIEF ENJOINING ENFORCEMENT OF
    LANDMARK COMMUNICATIONS, INC., a            ARBITRATION AGREEMENT
15  Virginia corporation; BEST IMAGE
    MARKETING, INC., a California corporation,
16                                              Date:       July 23, 2008
                                                Time:       9:30 a.m.
17              Defendants.                      Courtroom: F
                                                Judge:      The Hon. Magistrate
18                                                          Judge James Larson

19

20      The Motion to Stay Action Pending Arbitration pursuant to 9 U.S.C § 3, of DEFENDANT

21  DOMINION ENTERPRISES, a Virginia General Partnership, and Motion for Declaratory and

22  Injunctive Relief Enjoining Enforcement of Arbitration Agreement of PLAINTIFF RITA

23  SIGLAIN came on for hearing on July 23, 2008 in the United States District Court for the

24  Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom

25  F, 15th Floor, at 9:30 a.m.

26      Having considered the Notices of Motion and Motion To Stay Action Pending Arbitration,

27  and Motion for Declaratory and Injunctive Relief Enjoining Enforcement of Arbitration

28  Agreement, the points and authorities in support thereof and the supporting Declarations filed and

Page 1 - Case No. CV-08-2108 JL
[PROPOSED] ORDER

1   served therewith, the opposing papers, the papers and records on file in this action, and on such

2   other and further evidence as was presented to the Court on these matters, the COURT hereby

3   GRANTS the Motion To Stay Action Pending Arbitration and DENIES the Motion for

4   Declaratory and Injunctive Relief Enjoining Enforcement of Arbitration Agreement.

5   **IT IS SO ORDERED.**

6

7   Dated:  July __, 2008

8

9

    _____
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28