## CIVIL MINUTES

**Chief Magistrate Judge James Larson**     Sahar McVickar - Court Reporter
9:36- 10:00 (24 min)

Date: **July 23, 2008**

Case No: **C08-2108 JL**

Case Name: **Rita Siglain v. Trader Publishing, et al**
Plaintiff  Attorney(s):Eric Young
Defendant Attorney(s):Carla Hartley fo Dominion Enterprises
Deputy Clerk:  **Wings Hom**

| Motions | RULING: |
|---|---|
| 1.Pltf's mo for declaratory & injunctive relief | Submitted |
| 2. Deft's mo to stay pending arbitration | Submitted |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
       [ ] Jury  [ ]  Court

Notes:

cc: Venice, Kathleen,