1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (STATE BAR NO. 117213)
2  WILLIAM P. WILSON (STATE BAR NO. 230444)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5
   Attorneys for Defendant
6  DOMINION ENTERPRISES

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10 | RITA SIGLAIN, an individual,                  | Case No. CV-08-2108 JL
11 |                    Plaintiff,                 | STIPULATION CONTINUING CASE
12 |         v.                                    | MANAGEMENT CONFERENCE;
   |                                               | FEDERAL RULES OF CIVIL
13 | TRADER PUBLISHING COMPANY, a Virginia         | PROCEDURE - RULE 26 DEADLINES;
   | General Partnership; DOMINION                 | AND SUBMISSION OF ADR
14 | ENTERPRISES, a Virginia corporation;          | CERTIFICATION FORMS; [PROPOSED]
   | LANDMARK COMMUNICATIONS, INC., a              | ORDER
15 | Virginia corporation; BEST IMAGE
   | MARKETING, INC., a California corporation,
16 |
17 |                    Defendants.

18     Plaintiff RITA SIGLAIN and Defendant DOMINION ENTERPRISES hereby stipulate,

19 by and through their counsel, that the Court may enter an order continuing the Case

20 Management Conference presently set in Court Room F, 15th Floor of this Court, on August 13,

21 2008, at 10:30 AM, all deadlines of the parties pursuant to Federal Rules of Civil Procedure –

22 Rule 26, and submission of the parties' ADR certification forms until after Defendant's Motion

23 for Stay Pending Arbitration and Plaintiff's Motion for Declaratory And Injunctive Relief

24 Enjoining Enforcement of Arbitration Agreement, heard on July 23, 2008 and presently under

25 submission with the Court, have been resolved.

26     The parties further stipulate that judicial efficiency will be promoted by the continuance

27 of the Case Management Conference, the Federal Rules of Civil Procedure – Rule 26 deadlines,

28 and submission of the ADR certification form in that resolution of the motions under

Page 1 - Case No. CV-08-2108 JL
STIPULATION CONTINUING CMC; FEDERAL RULES OF CIVIL PROCEDURE - RULE 26 DEADLINES;
AND SUBMISSION OF ADR CERTIFICATION FORMS; [PROPOSED] ORDER

submission may result in the Federal action herein being stayed pending arbitration of plaintiff's claims. Accordingly, there is good cause for the Court to issue the Order herein pursuant to the stipulation of the parties.

**IT IS SO STIPULATED.**

Dated: July 31, 2008                    LAW OFFICES OF ERIC G. YOUNG
                                        ERIC G. YOUNG


                                  By:   /s/
                                        _____
                                        Attorney for Plaintiff RITA SIGLAIN


Dated: July 31, 2008                    DILLINGHAM & MURPHY, LLP
                                        CARLA J. HARTLEY
                                        WILLIAM P. WILSON


                                  By:   /s/
                                        _____
                                        Attorneys for Defendant DOMINION
                                        ENTERPRISES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## [PROPOSED] ORDER

The Court, having reviewed the foregoing Stipulation and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation shall be and hereby is entered as the Court's Order:

1. The Case Management Conference presently set in Court Room F, 15th Floor of this Court, on August 13, 2008, at 10:30 AM, all deadlines of the parties pursuant to Federal Rules of Civil Procedure – Rule 26, and submission of the ADR Certification forms of the parties shall be continued until after Defendant's Motion for Stay Pending Arbitration and Plaintiff's Motion for Declaratory And Injunctive Relief Enjoining Enforcement of Arbitration Agreement, heard on July 23, 2008 and presently under submission with the Court, have been resolved.

2. In light of the pending motions filed by the respective parties, the parties' pending deadlines be continued as follows:

   a. The parties' ADR Certification forms currently due on July 31, 2008, shall now be due ____. The parties shall meet and confer pursuant to Rule 26 no later than ____;

   b. The parties' initial disclosure required by Rule 26(a)(1), presently due to be exchanged by August 6, 2008 shall be exchanged by ____;

   c. The parties' Rule 26(f) report/Case Management Conference Statement, presently due by August 6, 2008, shall be filed with the court no later than ____;

   d. The Case Management Conference in this matter presently set for August 13, 2008, at 10:30 AM, in Courtroom F, shall be continued to ____.

**IT IS HEREBY ORDERED.**

The Honorable James Larson
Magistrate Judge
United States District Court