UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rita Siglain, | No. C 08-2108 JL |
| Plaintiff, | **NOTICE** |
| v. | |
| Trader Publishing Company, | |
| Defendants. | |

The Court on August 6, 2008 issued a stay of this case pending arbitration. Accordingly, the case management conference scheduled for August 13, 2008 is hereby vacated.

IT IS SO ORDERED.

DATED: August 8, 2008

James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-2108\cmc off-calendar.wpd