Noah D. Lebowitz [SBN 194982]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com

Attorneys for Plaintiff
RITA SIGLAIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA SIGLAIN,<br><br>Plaintiff,<br><br>v.<br><br>TRADER PUBLISHING COMPANY, a Virginia General Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, Inc. a California corporation,<br><br>Defendants. | Case No. 08-02108 JL<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff Rita Siglain, hereby substitutes Noah D. Lebowitz, Esq. and the law firm of Duckworth · Peters · Lebowitz LLP as her attorneys of record in the place and stead of Eric G. Young, Esq. and the Law Offices of Eric G. Young.

Plaintiff Rita Siglain consents to this substitution.

Dated: March 13, 2009        By: _/s/ Rita Siglain_
                                                    RITA SIGLAIN, Plaintiff

- 1 -
SUBSTITUTION OF ATTORNEY

The Law Offices of Eric G. Young, as the counsel substituting out, consents to this substitution.

Dated: March 13, 2009

LAW OFFICES OF ERIC G. YOUNG

By: /s/ Eric G. Young
ERIC G. YOUNG
Present Attorney for Plaintiff
RITA SIGLAIN

Duckworth · Peters · Lebowitz LLP, as the counsel substituting in, consents to this substitution. Attorney Noah D. Lebowitz (SBN 194982) of Duckworth · Peters · Lebowitz LLP will be the new attorney of record for RITA SIGLAIN. Mr. Lebowitz' contact information is as follows: 235 Montgomery Street, Suite 1010, San Francisco, California 94104; phone: 415.433.0333; fax: 415.449.6556; email: noah@dplsf.com.

Dated: March 12, 2009

DUCKWORTH · PETERS · LEBOWITZ LLP

By: /s/ Noah D. Lebowitz
NOAH D. LEBOWITZ
New Attorneys for Plaintiff
RITA SIGLAIN

///
///
///
///
///
///
///

- 2 -
SUBSTITUTION OF ATTORNEY

FROM : EDITORIAL SERVICES OF CA.     FAX NO. : 7079284026     Mar. 13 2009 09:29AM P3

## ORDER

The Court hereby orders that the request of Plaintiff RITA SIGLAIN to substitute Noah D. Lebowitz (SBN 194982) of Duckworth · Peters · Lebowitz LLP 235 Montgomery Street, Suite 1010, San Francisco, California 94104; phone: 415.433.0333; fax: 415.449.6556; email: noah@dplsf.com as attorney of record in place and stead of the Law Offices of Eric G. Young is hereby GRANTED.

IT IS SO ORDERED.

DATED: April 2, 2009

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

- 3 -
SUBSTITUTION OF ATTORNEY