Noah D. Lebowitz [SBN 194982]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail:  noah@dplsf.com

Attorneys for Plaintiff


Carla J. Hartley (SBN 117213)
William P. Wilson (SBN 230444)
DILLINGHAM & MURPHY LLP
225 Bush Street, 6th Floor
San Francisco, CA  94104
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300

Attorneys for Defendants

<div align="center">

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| RITA SIGLAIN,<br><br>    Plaintiff,<br><br>v.<br><br><br>TRADER PUBLISHING COMPANY,  a Virginia General Partnership; DOMINION ENTERPRISES, INC., a Virginia corporation; LANDMARK COMMUNICATIONS, INC., a Virginia corporation; BEST IMAGE MARKETING, Inc. a California corporation,<br><br>    Defendants. | Case No.  08-02108 JL<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)] |

<div style="writing-mode: vertical">
Duckworth · Peters · Lebowitz  LLP
235 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333    415-449-6556 (Fax)
</div>

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Duckworth · Peters · Lebowitz LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
415-433-0333   415-449-6556 (Fax)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate and agree that this case be dismissed in its entirety, with prejudice. The parties further hereby stipulate and agree that each side will bear their own fees and costs associated with this action.

Dated: October 7, 2009            DUCKWORTH · PETERS · LEBOWITZ LLP

By: _____/s/_____
      NOAH D. LEBOWITZ
      Attorneys for Plaintiff

Dated: October 7, 2009            DILLINGHAM & MURPHY LLP

By: _____/s/_____
      CARLA J. HARTLEY
      Attorneys for Defendants

## ORDER

Pursuant to stipulation of the parties, this case hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE, each side bearing their own fees and costs.

IT IS SO ORDERED.

DATED: __10-8-09_____       _____
      HON. JAMES LARSON
      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE